

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-15-00178-CV

THEODIS DODSON                                      RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 1071695D

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; GARDNER and SUDDERTH, JJ.

DELIVERED: June 4, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).